```
H. DEAN STEWARD
SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753

Attorney for Defendant
CONSTANTINE KALLAS
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO. ED-CR-08-128-TJH |
| Plaintiff, | ) ORDER RE: BRIEFING SCHEDULE |
| v. | ) |
| CONSTANTINE KALLAS, et. al. | ) |
| Defendants. | ) |

GOOD CAUSE HAVING BEEN SHOWN, the following briefing schedule is ordered regarding the defense motions under Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure:

Defense brief due:          June 18, 2010

Government response due:    July 16, 2010

Hearing:                    August 9, 2010 at 10:00 AM

So ordered.

Dated: May 17, 2010         _____

                            Hon. Terry J. Hatter
                            Senior U.S. District Judge