UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE TERRY J. HATTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>**CONTANTINE PETER KALLAS,**<br>　Defendant. | CASE NO. 08CR0128-TJH<br><br>**ORDER TERMINATING<br>SUPERVISED RELEASE** |

　Joint motion for early termination of supervised release having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

　**IT IS HEREBY ORDERED** that the joint motion to terminate supervised release be **GRANTED**.

　**SO ORDERED.** DATED:

　FEBURARY 23, 2023

　_____
　**HONORABLE TERRY J. HATTER, JR.**
　United States District Judge

　CC: USPO, PTS